# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,: | : | |
| Plaintiff, | : | Case No. 2:07-cr-244 |
| v. | : | JUDGE MARBLEY |
| MICHAEL A. SPICER, | : | |
| Defendant. | : | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **Friday, September 30, 2011,** beginning at **11:15 a.m.** The Court will initiate the phone conference, Trial Counsel for the respective parties are to be available by telephone.

During the Telephone Status Conference, the Court will address the issues related to the Suppression Oral Argument, along with any issues necessary for a speedy and just resolution of the pending action. This Order supersedes any prior orders setting a status conference. The conference is not expected to exceed thirty minutes in length.

**IT IS SO ORDERED.**

                                              s/Algenon L. Marbley
                                         **UNITED STATES DISTRICT COURT**

**DATE: September 27, 2011**