IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff, | : | |
| | : | Case No. 2:07-CR-0244(1) |
| v. | : | |
| | : | |
| MICHAEL A. SPICER, | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| Defendant | : | |

### ORDER

This matter is before the Court on *pro se* Defendant Michael A. Spicer's Financial Affidavit filed on July 13, 2012. (Dkt. 79) This Court previously granted Defendant leave to appeal, upon which Defendant requested leave to proceed in forma pauperis. (Dkt. 76) In its previous Order, the Court permitted Defendant to file the Financial Affidavit in order to retain Court-appointed counsel for his appeal.

Based on the information provided in the Financial Affidavit, the Court finds Defendant is indigent. Therefore, the Court **GRANTS** Defendant's request to proceed in forma pauperis. The Court, hereby, **APPOINTS** the Federal Public Defenders' Office for the Southern District of Ohio to represent Defendant on his appeal to the Sixth Circuit, Appellate Case No. 12-3713

**IT IS SO ORDERED.**

s/Algenon L. Marbley
Algenon L. Marbley
United States District Court Judge

**DATE: December 11, 2012**

1